No. 80–1190. PULLMAN-STANDARD, A DIVISION OF PULL-MAN, INC. *v.* SWINT ET AL.; and

No. 80–1193. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* SWINT ET AL. C. A. 5th Cir. [Certiorari granted, 451 U. S. 906.] Motion of Pullman-Standard to reconsider order denying motion for divided argument denied.

No. 80–1832. IMMIGRATION AND NATURALIZATION SERVICE *v.* CHADHA ET AL. C. A. 9th Cir. [Probable jurisdiction postponed, 454 U. S. 812];

No. 80–2170. UNITED STATES HOUSE OF REPRESENTATIVES *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. [Certiorari granted, 454 U. S. 812]; and

No. 80–2171. UNITED STATES SENATE *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. [Certiorari granted, 454 U. S. 812.] Motions of Council on Administrative Law of the Federal Bar Association, American Bar Association, and Philip Burton et al. for leave to file briefs as *amici curiae* granted.

No. 80–2043. BOARD OF EDUCATION, ISLAND TREES UNION FREE SCHOOL DISTRICT NO. 26, ET AL. *v.* PICO, BY HIS NEXT FRIEND, PICO, ET AL. C. A. 2d Cir. [Certiorari granted, 454 U. S. 891.] Motion of American Federation of Labor and Congress of Industrial Organizations et al. for leave to file a brief as *amici curiae* granted.

No. 80–2147. CONNECTICUT ET AL. *v.* TEAL ET AL. C. A. 2d Cir. [Certiorari granted, 454 U. S. 813.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 80–2150. FINNEGAN ET AL. *v.* LEU ET AL. C. A. 6th Cir. [Certiorari granted, 454 U. S. 813.] Motions of American Federation of Labor and Congress of Industrial Organizations and National Labor Law Center of the National Lawyers Guild for leave to file briefs as *amici curiae* granted.